PD-1341-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/24/2015 2:13:36 PM
Accepted 4/24/2015 2:28:16 PM
ABEL ACOSTA
CLERK

IN THE
COURT OF COURT OF CRIMINAL APPEALS OF TEXAS

_____

No. PD-1341-14

_____

STACY STINE CARY, Appellant

v.

THE STATE OF TEXAS, Appellee

FILED IN
COURT OF CRIMINAL APPEALS

April 24, 2015

ABEL ACOSTA, CLERK

_____

On Appeal from the Court of Appeals, Fifth District of Texas at Dallas
Court of Appeals No. 05-12-01421-CR

_____


APPELLANT'S UNOPPOSED FIRST MOTION
TO EXTEND TIME TO FILE APPELLANT'S BRIEF

Appellant Stacy Stine Cary respectfully moves for an extension of time to file her Appellant's Brief by thirty (30) days. In support of this motion, she would respectfully show as follows:

1.    The deadline for filing the Appellant's Brief is April 24, 2015.

2.    Appellant seeks a thirty-day extension.

3.    An extension is necessary because of appellate counsel's schedule since the time the PDR was granted, the complexity of the facts and issues, and the fact that the Fifth Court of Appeals has now issued an opinion in the related case of *David Cary v. State of Texas*, No. 05-13-01010-CR, in which the Court of Appeals

Unopposed Motion for Extension of Time--Page 1

reversed the appellant's conviction, and this opinion should be addressed in the initial brief. **APPELLEE, THE STATE OF TEXAS, DOES NOT OPPOSE THIS REQUESTED EXTENSION.**

4.     No previous extension has been sought or granted.

Respectfully submitted,


____/s/ John M. Helms_____
John M. Helms
Texas Bar No. 09401001
BRODEN, MICKELSEN, HELMS & SNIPES, LLP
2600 State Street
Dallas, Tx 75204
Tel:  (469) 951-8496
Fax: (214) 720-9594
john@johnhelmslaw.com

ATTORNEY FOR APPELLANT,
STACY STINE CARY


## CERTIFICATE OF CONFERENCE

Undersigned counsel has conferred with Joseph Corcoran, counsel for Appellee, the State of Texas, and the Appellee does not oppose this motion.

____/s/ John M. Helms_____
John M. Helms

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of this instrument has been served on counsel of record on April 23, 2015, as follows:

Joseph Corcoran
Assistant Attorney General
P.O. Box 12548
Capitol Station
Austin, TX 78711
* DELIVERED VIA E-MAIL *

_____/s/ John M. Helms_____
John M. Helms